# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br>1006 Pennsylvania Avenue, S.E.<br>Washington, DC 20003<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT<br>OF STATE,<br>2201 C Street, N.W.<br>Washington, D.C. 20520<br><br>        Defendant. | Civil Action No. 15-cv-428 |

## COMPLAINT

Plaintiff Citizens United brings this action against Defendant the United States Department of State ("State Department") to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). As grounds therefor, Plaintiff alleges the following:

## JURISDICTION AND VENUE

1. The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

2. Venue is proper in this district pursuant to 28 U.S.C. § 1391(e).

## PARTIES

3. Plaintiff Citizens United is a Virginia non-stock corporation with its principal place of business in Washington, D.C. Citizens United is organized and operated as a non-profit membership organization that is exempt from federal income taxes under Section 501(c)(4) of the U.S. Internal Revenue Code. Citizens United seeks to promote social welfare through informing and educating the public on conservative ideas and positions in issues, including

national defense, the free enterprise system, belief in God, and the family as the basic unit of society.  In furtherance of those ends Citizens United produces and distributes documentary films on matters of public importance.  Citizens United regularly requests access to the public records of federal government agencies, entities, and offices, to disseminate its findings to the public through its documentary films.

4.      Defendant, the United States Department of State, is an agency of the United States Government and is headquartered at 2201 C Street N.W., Washington, D.C. 20520.  Defendant has possession, custody, and control of records to which Plaintiff seeks access.

## STATEMENT OF FACTS

5.      Citizens United routinely submits Freedom of Information Act requests and this matter deals with three FOIA request letters that the Defendant has failed to respond to.

6.      Pursuant to 5 U.S.C. § 552(a)(6)(A)(i), Defendant is required to respond to Citizens United's FOIA requests within twenty working days of each request.

7.      With regard to each of Citizens United's FOIA requests, the statutory deadline has passed and Defendant has failed to provide a substantive response to any of Citizens United's FOIA requests.  In fact, as of the date of this Complaint Defendant has failed to produce a single responsive record or assert any claims that responsive records are exempt from production.

8.      Between six and ten months have passed since Defendant received Citizens United's FOIA requests.  In that time Defendant has not indicated whether or when any responsive records will be produced in response to any of Citizens United's request.  Beyond acknowledging receipt of Citizens United's FOIA requests Defendant has failed to respond to Citizens United in any fashion.

9. When left to their own devices State Department bureaucrats have taken over three years to respond to Citizens United's FOIA requests. *See Eg.* Exhibit A (FOIA Response Letter). Such extensive delays are in clear violation of both the letter and the spirit of the Freedom of Information Act.

10. Since Defendant has failed to comply with the time limit set forth in 5 U.S.C. § 552(a)(6)(A)(i) Citizens United is deemed to have fully exhausted any and all administrative remedies with respect to its FOIA requests. 5 U.S.C. § 552(a)(6)(C).

**A.   CITIZENS UNITED'S MAY 15, 2014 FOIA REQUEST (CLINTON PHOTOGRAPHS)**

11. On May 15, 2014 Citizens United submitted a FOIA request, online, to Defendant. *See* Exhibit B (FOIA Request Letter and Confirmation). The request sought:

> I am requesting all still photographs produced by internal State Department photographers on overseas trips featuring former Secretary of State Hillary Clinton. While I'm aware that the State Department releases video and photographs on official social media accounts as well as its website, I would like copies of all photographs taken by Department photographers, including those not released publicly.

12. Citizens United limited its request to responsive records created between January 1, 2009 and February 28, 2013.

13. Citizens United, as a member of the media, requested expedited processing of this FOIA request.

14. Defendant acknowledged receipt of Citizens United's FOIA request via e-mail. *See* Exhibit B.

15. As of the date of this Complaint, Defendant has failed to produce any records responsive to Citizens United's May 15, 2014 FOIA request or assert any claims that responsive records are exempt from production.

B.     **CITIZENS UNITED'S MAY 15, 2014 FOIA REQUEST (CLINTON VIDEOS)**

16.     On May 15, 2014 Citizens United submitted a FOIA request, online, to Defendant. *See* Exhibit C (FOIA Request Letter and Confirmation). The request sought:

> I am requesting all videos produced by internal State Department photographers or videographers on overseas trips featuring former Secretary of State Hillary Clinton. While I'm aware that the State Department releases video on official social media accounts as well as its website, I would like copies of all videos, including those that are not released publicly.

17.     Citizens United limited its request to responsive records created between January 1, 2009 and February 28, 2013.

18.     Citizens United, as a member of the media, requested expedited processing of this FOIA request.

19.     Defendant acknowledged receipt of Citizens United's FOIA request via e-mail. *See* Exhibit C.

20.     As of the date of this Complaint, Defendant has failed to produce any records responsive to Citizens United's May 15, 2014 FOIA request or assert any claims that responsive records are exempt from production.

C.     **CITIZENS UNITED'S SEPTEMBER 16, 2014 FOIA REQUEST (TRAVEL)**

21.     On September 16, 2014 Citizens United submitted a FOIA request, online, to Defendant. *See* Exhibit D (FOIA Request Letter and Confirmation). The request sought:

> Any and all correspondences, memos, bills, receipts or records sent to, or received from, the hotel or lodging facility that Secretary Hillary Clinton stayed at, resided in, or used during Secretary Clinton's following international trips: Australia, November 11-16, 2012; Russia, September 8-9, 2012; China, September 4-5, 2012; France, March 14-15, 2011; United Kingdom, February 23, 2012; UAE, June 9, 2011; Qatar, February 13-14, 2010; India, May 5-8, 2010; Saudi Arabia, February 15-16, 2010; and Brazil, April 16-17, 2012 This request includes, but is not limited to, any and all instructions to the hotel in preparation for Secretary Clinton's arrival including specifications for Clinton's room, any goods or materials requested to be present in Secretary Clinton's room, and instructions to

staff on how to interact with Secretary Clinton and/or her staff.

22. Citizens United limited its request to responsive records created between December 1, 2009 and January 1, 2013.

23. Citizens United, as a member of the media, requested expedited processing of this FOIA request.

24. Defendant acknowledged receipt of Citizens United's FOIA request via e-mail. *See* Exhibit D.

25. As of the date of this Complaint, Defendant has failed to produce any records responsive to Citizens United's September 16, 2014 FOIA request or assert any claims that responsive records are exempt from production.

## COUNT 1
### (Violation of FOIA, 5 U.S.C. § 552)

26. Plaintiff realleges paragraphs 1 through 25 as though fully set forth herein.

27. Defendant has failed to make a determination regarding Citizens United's May 15, 2014 FOIA request for still photographs of Secretary Clinton taken by State Department photographers while on overseas trips within the statutory time limit and is unlawfully withholding records requested by Citizens United pursuant to 5 U.S.C. § 552.

28. Citizens United is being irreparably harmed by reason of Defendant's unlawful withholding of requested records, and Citizens United will continue to be irreparably harmed unless Defendant is compelled to conform its conduct to the requirements of the law.

## COUNT 2
### (Violation of FOIA, 5 U.S.C. § 552)

29. Plaintiff realleges paragraphs 1 through 28 as though fully set forth herein.

30. Defendant has failed to make a determination regarding Citizens United's May 15, 2014 FOIA request for videos of Secretary Clinton filmed by State Department photographers or videographers while on overseas trips within the statutory time limit and is unlawfully withholding records requested by Citizens United pursuant to 5 U.S.C. § 552.

31. Citizens United is being irreparably harmed by reason of Defendant's unlawful withholding of requested records, and Citizens United will continue to be irreparably harmed unless Defendant is compelled to conform its conduct to the requirements of the law.

### COUNT 3
### (Violation of FOIA, 5 U.S.C. § 552)

32. Plaintiff realleges paragraphs 1 through 31 as though fully set forth herein.

33. Defendant has failed to make a determination regarding Citizens United's September 16, 2014 FOIA request for records regarding Secretary Clinton's travel within the statutory time limit and is unlawfully withholding records requested by Citizens United pursuant to 5 U.S.C. § 552.

34. Citizens United is being irreparably harmed by reason of Defendant's unlawful withholding of requested records, and Citizens United will continue to be irreparably harmed unless Defendant is compelled to conform its conduct to the requirements of the law.

### PRAYER FOR RELIEF

35. WHEREFORE, Plaintiff Citizens United requests that the Court grant all appropriate relief for the violation alleged above, including:

    a. An order and judgment requiring the Defendant to conduct a search for any and all responsive records to Citizens United's FOIA requests and demonstrate that it employed search methods reasonably likely to lead to the discovery of records responsive to Citizens United's requests;

b. An order and judgment requiring the Defendant to produce, by a date certain, any and all non-exempt records responsive to Citizens United's FOIA requests and a *Vaughn* index of any responsive records withheld under claim of exemption;

c. An order and judgment permanently enjoining Defendants from continuing to withhold any and all non-exempt records responsive to Citizens United's FOIA requests;

d. Attorneys' fees and costs pursuant to any applicable statute or authority, including 5. U.S.C. § 552(a)(4)(E); and

e. Any other relief that this Court in its discretion deems just and proper.

Dated: March 24, 2015                                    Respectfully submitted,

                                                         CITIZENS UNITED

                                                         /s/ *Ralph Christian Berg*
                                                         Ralph Christian Berg
                                                         D.C. Bar No. 496321
                                                         chris@chrisberglaw.com
                                                         1006 Pennsylvania Avenue, S.E.
                                                         Washington, DC 20003
                                                         (202) 547-5420

                                                         *Attorney for Plaintiff*