**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CITIZENS UNITED, | |
| *Plaintiff*, | |
| v. | No. 1:15-cv-428 (JEB) |
| U.S. DEPARTMENT OF STATE, | |
| *Defendant*. | |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Citizens United and

Defendant United States Department of State hereby stipulate that the above-captioned case is

dismissed without prejudice.  Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: January 15, 2016                    Respectfully submitted,

BENJAMIN MIZER                             /s/ Matthew D. McGill
Principal Deputy Assistant Attorney General    Matthew D. McGill (D.C. Bar No. 481430)
                                           GIBSON, DUNN & CRUTCHER LLP
ELIZABETH J. SHAPIRO                       1050 Connecticut Avenue, N.W.
Deputy Director                            Washington, D.C. 20036
                                           Telephone: (202) 955-8500
/s/ Stuart J. Robinson                     Facsimile: (202) 530-9662
STUART J. ROBINSON                         mmcgill@gibsondunn.com
D.C. Bar No. 1005308
Trial Attorney                             *Counsel for Plaintiff Citizens United*
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel: (202) 514-9239
Fax: (202) 616-8470
E-mail: stuart.j.robinson@usdoj.gov

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2016, I filed the foregoing Stipulation of Dismissal

using the Court's CM/ECF system, which will send a notice of the filing to all counsel of record.


/s/ Matthew D. McGill